No. 99M43. METZENBAUM v. HUNTINGTON NATIONAL BANK. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98–1446. S & R COMPANY OF KINGSTON ET AL. v. LATONA TRUCKING, INC. C. A. 2d Cir. Motion of the parties to further defer consideration of petition for writ of certiorari granted.

No. 98–1856. HILL ET AL. v. COLORADO ET AL. Sup. Ct. Colo. [Certiorari granted, 527 U. S. 1068.] Motion of Alan Ernest to allow counsel to represent children unborn and born alive denied. Motion of Alan Ernest for leave to file a brief as *amicus curiae* denied.

No. 98–1991. PUBLIC LANDS COUNCIL ET AL. v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 926.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 98–9384. BRAUN v. DEPARTMENT OF JUSTICE ET AL. C. A. 8th Cir.; and
No. 98–9922. BABA v. WARREN MANAGEMENT CONSULTANTS, INC., ET AL. C. A. 2d Cir. Motions of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, pp. 805–806] denied.

No. 98–9913. BRANCATO v. GUNN ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1] denied.

No. 99–729. CITY OF WEST HAVEN ET AL. v. THOMAS ET AL. Sup. Ct. Conn. Motion of petitioners West Haven et al. to consolidate this case with No. 98–1288, *Village of Willowbrook et al.* v. *Olech* [certiorari granted, 527 U. S. 1067], denied.

No. 99–6799. IN RE EDWARDS;
No. 99–6915. IN RE DORROUGH; and
No. 99–6916. IN RE HARRIS. Petitions for writs of habeas corpus denied.

No. 99–6673. IN RE TYLER. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 99–6657. IN RE TAYLOR. Petition for writ of mandamus denied.